UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:08-cv-62038-Seitz/O'Sullivan

LINDA ROSS,

    Plaintiff,

vs.

AFT MANAGEMENT CORP., a Florida Corporation, d/b/a Ocean Manor Resort, and GALT OCEAN MANOR CONDOMINIUM ASSOCIATION, INC., a Florida not for profit corporation,

    Defendants.
_____/

## JOINT SETTLEMENT STATUS REPORT IN COMPLIANCE WITH THE COURT'S ORDER ENTERED ON JULY 12, 2010 AND INCORPORATED REQUEST FOR TELEPHONE CONFERENCE WITH MAGISTRATE JUDGE JOHN J. O'SULLIVAN

The parties, Plaintiff, LINDA ROSS, and Defendants, AFT MANAGEMENT CORP. and GALT OCEAN MANOR CONDOMINIUM ASSOCIATION, INC. (collectively, the "Parties"), hereby file their Joint Settlement Status Report in compliance with the Court's Order entered on July 12, 2010 and respectfully request a telephone conference with the honorable Magistrate Judge John J. O'Sullivan, and state:

1.    Since the Court entered its Order on July 12, 2010 (Dkt. #49), the Plaintiff's expert has completed his expert report. This hard copy report has been mailed and received by defense counsel for both Defendants.

2. Defendant, Gault Ocean Manor has begun to make some of the modifications called for in the report of Plaintiff's expert, at the subject property.

3. An issue has arisen however, about adding another party Defendant to the case.

4. Consistent with paragraph 3, Mediation has not yet occurred and the parties respectfully submit that it may not be in the best interests of the parties and the resolution of this case, to commence with mediation given the potential of adding another party to this suit.

5. The parties and their counsel believe that it is necessary to talk with the honorable Magistrate Judge John J. O'Sullivan about this issue and the status of the case.

6. The parties are requesting a telephone conference with his Honor, as Mr. Schapiro, Gault Ocean Manor's counsel, has been tending to his wife and family as his wife just had a baby on Wednesday, July 28, 2010. In addition, Mr. Whitman, Aft Management Corporation's counsel, had an unfortunate fall at his home and is recovering at home.

7. Counsel for the parties are available this week on Tuesday, August 3, Thursday, August 4 and Friday August 5 to have a telephone conference with his Honor.

Dated this August 2, 2010.


Respectfully Submitted,

| By: /s/ Stephan M. Nitz | By: /s/ Douglas S. Schapiro | By: /s/ Kenneth B. Whitman |

| Florida Bar No. 45561 | Florida Bar No. 54538 | Florida Bar No. 184720 |
|---|---|---|
| snitz@szalaw.com | Schapiro@k-tlaw.com | kenwhitman@lawyer.com |
| Schwartz Zweben, L.L.P. | Koch & Trushin, P.A. | Whitman Law Group |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Galt Ocean Manor Condominium Association, Inc.* | *Attorneys for Defendant AFT Mgmt.* |
| 3876 Sheridan Street | | 2881 E. Oakland Park Blvd. |
| Hollywood, Florida 33021 | | Ft. Lauderdale, Florida 33306 |
| Tel: (954) 966-2483 | 110 E. Broward Blvd, #1630 | Tel: (954) 491-5033 |
| Fax: (954) 966-2566 | Ft. Lauderdale, Florida 33301 | Fax: (954) 252-4222 |
| | Tel: (954) 763-7600 | |
| | Fax: (954) 763-7300 | |