UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-62038-CIV-O'SULLIVAN
[CONSENT]

LINDA ROSS,

    Plaintiff,

v.

AFT MANAGEMENT CORP., et al.,

    Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (DE# 55, 8/23/10). Having reviewed the applicable pleadings and law, it is

**ORDERED AND ADJUDGED** that this action is dismissed on the merits and with full prejudice. The parties shall bear their own attorney's fees and costs.

DONE AND ORDERED, in Chambers, at Miami, Florida this **23rd** day of August, 2010.

                                                   JOHN J. O'SULLIVAN
                                                   UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record